UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

Matthew L. Braun,

Debtor(s).
_______________________________________/

Chapter 7
Case No. 13-60220
Hon. Walter Shapero

# NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR INCLUSION ON MATRIX

To: Clerk of the Court

Office of the U.S. Trustee
211 W. Fort Street, Suite 700
Detroit, Michigan 48226

Joseph McKoan, IV, Atty.
5350 Pte. Tremble Road
Algonac, MI 48001

Basil Simon, Trustee
422 W. Congress St., Suite 400
Detroit, Michigan 48226

Please enter the Appearance of McKelvie DeLuca, P.C. as counsel for TD Auto Finance LLC, f/k/a Chrysler Financial Services Americas LLC d/b/a Chrysler Financial, f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial, a claimholder in the above-referenced Chapter 7 case. Please add our office to the matrix and forward to us copies of all notices in these proceedings and all papers served or required to be served in these proceedings at the following address: McKelvie DeLuca, P.C., 280 West Maple Road, Suite 300, Birmingham, Michigan 48009.

Respectfully submitted,

McKELVIE DeLUCA, P.C.

By: /s/ Charles L. McKelvie
Charles L. McKelvie (P27782)
Rita A. McKelvie (P46023)
Attorneys for Creditor
280 West Maple Road, Suite 300
Birmingham, Michigan 48009
(248) 952-5100
bkattys@mckelviedeluca.com

Dated: November 6, 2013