# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/4/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Matthew L Braun
10413 Dixie Hwy.
Fair Haven, MI 48023

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| **13−60220−mbm** | xxx−xx−9325 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Joseph Henry McKoan IV | Basil T. Simon |
| 5350 Pte. Tremble Rd. | 645 Griswold |
| Algonac, MI 48001 | Suite 3466 |
| Telephone number: (810) 794−9379 | Detroit, MI 48226 |
| | Telephone number: (313) 962−6400 |

## Meeting of Creditors
Date: **December 12, 2013**  Time: **10:00 AM**
Location: **211 West Fort St., Room 315, Detroit, MI 48226**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/10/14**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 211 West Fort Street | Clerk of the Bankruptcy Court: |
| Detroit, MI 48226 | Katherine B. Gullo |
| Telephone number: 313−234−0065 | |
| Hours Open: Monday − Friday 08:30 AM − 4:00 PM | Date: 11/4/13 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

```
                                    United States Bankruptcy Court
                                    Eastern District of Michigan
In re:                                                                                  Case No. 13-60220-mbm
Matthew L Braun                                                                         Chapter 7
         Debtor                              CERTIFICATE OF NOTICE
District/off: 0645-2           User: admin                  Page 1 of 2                 Date Rcvd: Nov 04, 2013
                               Form ID: b9a                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2013.
db           +Matthew L Braun,    10413 Dixie Hwy.,    Fair Haven, MI 48023-1758
22470561     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
22470563    ++++CAC FINANCIAL CORP.,    2601 NW EXPRESSWAY STE 1000E,    OKLAHOMA CITY OK   73112-7236
               (address filed with court: CAC Financial Corp.,     2601 NW Expressway,   Suite 1000 East,
               Oklahoma City, OK 73112-7234)
22470564     +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
               Denver, CO 80237-3408
22470567     +Cbsmipthuron,    527 Fort St,   Port Huron, MI 48060-3926
22470569     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
22470572     +Cr Srvs Of Michigan,    1982 Hemmeter Rd,    Saginaw, MI 48638-4637
22470574     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc Bank,     Po Box 52530,   Carol Stream, IL 60196)
22470576     +Lozen, Kover, Lozen PC,    511 Fort St. Suite 402,    Port Huron, MI 48060-3934
22470578     +Matthew D. Braun,    10413 Dixie Hwy.,    Fair Haven, MI 48023-1758
22470579      McLaren Macomb,    P.O. Box 674351,    Detroit, MI 48267-4351
22470583     +Onyx Accep,    27051 Towne Centre Dr,    Foothill Ranch, CA 92610-2804
22470584      Physician Healthcare Network,    P.O. Box 610228,    Port Huron, MI 48061-0228
22470585     +Receivable Management Services,    4836 Brecksville Road,    P.O. Box 509,
               Richfield, OH 44286-0509
22470586     +Roosen, Varchetti & Oliver PLLC,    P.O. Box 2305,    Mount Clemens, MI 48046-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jmckoan@mckoanlaw.com Nov 04 2013 22:08:20     Joseph Henry McKoan, IV,
               5350 Pte. Tremble Rd.,    Algonac, MI   48001
tr           +EDI: QBTSIMON.COM Nov 04 2013 22:03:00      Basil T. Simon,    645 Griswold,   Suite 3466,
               Detroit, MI 48226-4216
22470560      EDI: BANKAMER.COM Nov 04 2013 22:03:00     Bank Of America,    Po Box 982235,   El Paso, TX 79998
22470562     +EDI: TSYS2.COM Nov 04 2013 22:03:00     Barclays Bank Delaware,    Attn: Bankruptcy,
               P.O. Box 8801,    Wilmington, DE 19899-8801
22470564     +EDI: STFC.COM Nov 04 2013 22:03:00     Cach Llc/Square Two Financial,    Attention: Bankruptcy,
               4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
22470565     +EDI: CAPITALONE.COM Nov 04 2013 22:03:00      Cap One,   Po Box 30253,
               Salt Lake City, UT 84130-0253
22470566     +EDI: CAPITALONE.COM Nov 04 2013 22:03:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
22470568     +EDI: CHASE.COM Nov 04 2013 22:03:00     Chase,    Attn: Bankruptcy Dept,   Po Box 15298,
               Wilmington, DE 19850-5298
22470570     +EDI: CHRYSLER.COM Nov 04 2013 22:03:00      Chrysler Financial/TD Auto Finance,
               Attn: Bankruptcy Dept,    Po Box 551080,    Jacksonville, FL 32255-1080
22470571     +EDI: WFNNB.COM Nov 04 2013 22:03:00     Comenity Bank/gndrmtmc,    Po Box 182789,
               Columbus, OH 43218-2789
22470573     +E-mail/Text: lossprevention2@extracreditunion.org Nov 04 2013 22:08:55     Extra Credit Union,
               6611 Chicago Rd,    Warren, MI 48092-1685
22470575     +EDI: ICSYSTEM.COM Nov 04 2013 22:03:00      IC System,   Attn: Bankruptcy,
               444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
22470577      E-mail/Text: camanagement@mandtbank.com Nov 04 2013 22:08:44     M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
22470580     +E-mail/Text: lossprevention2@extracreditunion.org Nov 04 2013 22:08:55     Metro Credit Union,
               6611 Chicago Rd,    Warren, MI 48092-1685
22470581     +E-mail/Text: collections@msgcu.org Nov 04 2013 22:09:28     Mi Schools And Govt Cu,
               40400 Garfield Roa,    Clinton Townsh, MI 48038-4004
22470582     +EDI: MID8.COM Nov 04 2013 22:03:00     Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
22470587     +EDI: RMSC.COM Nov 04 2013 22:03:00     Sams Club / GEMB,    Attention: Bankruptcy Department,
               Po Box 103104,    Roswell, GA 30076-9104
22470588     +EDI: AFNIVZWIRE.COM Nov 04 2013 22:03:00      Verizon,   Verizon Wireless Bankruptcy Administrati,
               Po Box 3397,    Bloomington, IL 61702-3397
22470589     +E-mail/Text: BKRMailOps@weltman.com Nov 04 2013 22:09:04     Weltman, Weinberg & Reis Co. L.P.A.,
               2155 Butterfield Dr. Suite 200,    Troy, MI 48084-3463
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2013　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2013 at the address(es) listed below:
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0