UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

    Matthew L. Braun

        Debtor(s)

                Chapter 7
                Case No. 13-60220
                Hon. Walter Shapero

_____/

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO L.B.R. 9013-5 (E.D.Mich.2008)

Pursuant to Local Bankruptcy Rule 9013-5 and to enable the Judge to evaluate possible disqualification or recusal, the undersigned counsel for **TD Auto Finance LLC, fka Chrysler Financial Services Americas LLC, d/b/a Chrysler Financial, f/k/a DaimlerChrysler Financial Services Americas LLC, d/b/a Chrysler Financial, Successor by Merger with DaimlerChrysler Services North America LLC, d/b/a Chrysler Financial, Successor by Merger with Chrysler Financial Company LLC** in the above-captioned action certifies:

☒ That the following corporation(s), other than the debtor or a governmental unit, directly or indirectly own(s) 10% or more of any class of the corporations equity interests.

    Name:    <u>Toronto Dominion Bank</u>

    Address:    _____

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

                Respectfully submitted,

                McKELVIE DeLUCA, P.C..

                By:    /s/ Charles L. McKelvie
                        Charles L. McKelvie (P27782)
                        Rita A. McKelvie (P46023)
                        Attorneys for Creditor
                        280 West Maple Road, Suite 300
                        Birmingham, Michigan 48009
                        (248) 952-5100
                        bkattys@mckelviedeluca.com

Date:   November 8, 2013