**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                              Chapter 7 No. 13-60220

Matthew L Braun                         Hon. Walter Shapero

                              Debtor.
_____/

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS**

| Clerk of the Court | Joseph Henry McKoan, IV | Basil Simon |
|---|---|---|
| U.S. Bankruptcy Court | McKoan McKoan & McKoan PC | 645 Griswold St, Ste 3466 |
| 211 W Fort St | 5350 Pointe Tremble Rd | Detroit, MI 48226-4216 |
| Detroit, MI 48226 | Algonac, MI 48001-4367 | |

      PLEASE ENTER our Appearance as counsel for JPMorgan Chase Bank, National Association. Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

      This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

      This appearance shall act as the appearance of every member of Trott & Trott, P.C., and is not limited to the attorneys listed below.

                               Respectfully Submitted,
                               Trott & Trott, P.C.

Dated: December 27, 2013

/S/ Melissa Byrd (P66314 )
/S/ Rose Merithew (P73319)
Attorney for JPMorgan Chase Bank, National Association
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628