In re    Matthew L Braun                                           Case No.    13-60220
                              Debtor(s)                            Chapter     7

## MOTION TO RE-OPEN CHAPTER 7 BANKRUPTCY CASE FOR PURPOSES OF FILING

## FORM B 23 AND CERTIFICATE OF COMPLETION OF PERSONAL FINANCIAL MANAGEMENT AND ALLOWING FOR DISCHARGE OF DEBTOR TO ENTER FORTHWITH

1. Debtor(s), __Matthew L Braun__, commenced this case on __November 4, 2013__ by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about **FEBRUARY 16, 2014,** debtor(s) discovered that the following information had not been previously filed resulting in the case being closed without Discharge of Debtor:

    a.  Official FORM B23 and associated Certificate of Completion of Instructional Course Concerning Personal Financial Management No. 01401-MIE-DE-022012663

3. That the required filing fee has been fully paid allowing for this Motion to Re-Open.

4. That the sole purpose of this Motion is to allow the filing of the required Official Form B23 and Certificate of Completion Concerning Personal Financial Management which is attached to this motion and made a part hereof.

5. That Debtor requests that this case be re-opened for above stated purpose and allow for the Discharge of Debtor to occur simultaneously.

WHEREFORE, Debtor(s) pray for an Order to Re-Open the Bankruptcy Case to allow for the filing of Official Form 23, Certificate of Completion of Personal Financial Management Course and allow for the Order of Discharge of Debtor to be filed simultaneously and for such additional or alternative relief as may be just and proper.

/s/Joseph H. McKoan IV(P55642)

Joseph H. McKoan IV(P55642

Attorney for Debtor

Dated:  February 17, 2014

/s/ Matthew L Braun
Matthew L Braun
Debtor

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re   Matthew L Braun                                                   Case No.  13-60220
                                        Debtor(s)                         Chapter    7

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*This form should not be filed if an approved provider of a postpetition instructional course concerning personal financial management has already notified the court of the debtor's completion of the course. Otherwise, every individual debtor in a chapter 7 or a chapter 13 case or in a chapter 11 case in which § 1141(d)(3) applies must file this certification. If a joint petition is filed and this certification is required, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Matthew L Braun__, the debtor in the above-styled case, hereby certify that on __Oct. 9, 2013__, I completed an instructional course in personal financial management provided by __Greenpath__, an approved personal financial management provider.

Certificate No. (if any): __01401-MIE-DE-022012663__.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   /s/ Matthew L Braun
                       Matthew L Braun

Date:   February 17, 2014

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management and only if your course provider has not already notified the court of your completion of the course. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 01401-MIE-DE-022012663

Bankruptcy Case Number: 13-60220


01401-MIE-DE-022012663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 9, 2013</u>, at <u>4:13</u> o'clock <u>PM EDT</u>, <u>Matthew L Braun</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date: October 9, 2013

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager