B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Michigan
Case No. **13–60220–wsd**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew L Braun
   10413 Dixie Hwy.
   Fair Haven, MI 48023

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9325

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                      BY THE COURT

Dated: 2/26/14                           Walter Shapero.Detroit
                                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Eastern District of Michigan
In re:                                                                  Case No. 13-60220-wsd
Matthew L Braun                                                         Chapter 7
              Debtor                    CERTIFICATE OF NOTICE
District/off: 0645-2          User: jejac                 Page 1 of 2                  Date Rcvd: Feb 26, 2014
                              Form ID: b18                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2014.
db          +Matthew L Braun,    10413 Dixie Hwy.,    Fair Haven, MI 48023-1758
22470561    +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
              Simi Valley, CA 93062-5170
22470563    ++++CAC FINANCIAL CORP.,    2601 NW EXPRESSWAY STE 1000E,    OKLAHOMA CITY OK  73112-7236
              (address filed with court: CAC Financial Corp.,    2601 NW Expressway,    Suite 1000 East,
               Oklahoma City, OK 73112-7234)
22470567    +Cbsmipthuron,    527 Fort St,    Port Huron, MI 48060-3926
22470569    +Chase,    Po Box 24696,    Columbus, OH 43224-0696
22470572    +Cr Srvs Of Michigan,    1982 Hemmeter Rd,    Saginaw, MI 48638-4637
22470574    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)
22470576    +Lozen, Kover, Lozen PC,    511 Fort St. Suite 402,    Port Huron, MI 48060-3934
22470578    +Matthew D. Braun,    10413 Dixie Hwy.,    Fair Haven, MI 48023-1758
22470579     McLaren Macomb,    P.O. Box 674351,    Detroit, MI 48267-4351
22470583    +Onyx Accep,    27051 Towne Centre Dr,    Foothill Ranch, CA 92610-2804
22470584     Physician Healthcare Network,    P.O. Box 610228,    Port Huron, MI 48061-0228
22470585    +Receivable Management Services,    4836 Brecksville Road,    P.O. Box 509,
              Richfield, OH 44286-0509
22470586    +Roosen, Varchetti & Oliver PLLC,    P.O. Box 2305,    Mount Clemens, MI 48046-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBTSIMON.COM Feb 26 2014 22:18:00      Basil T. Simon,    645 Griswold,    Suite 3466,
              Detroit, MI 48226-4216
22470560     EDI: BANKAMER.COM Feb 26 2014 22:18:00      Bank Of America,    Po Box 982235,    El Paso, TX 79998
22470562    +EDI: TSYS2.COM Feb 26 2014 22:18:00      Barclays Bank Delaware,    Attn: Bankruptcy,
              P.O. Box 8801,    Wilmington, DE 19899-8801
22470564    +EDI: STFC.COM Feb 26 2014 22:18:00      Cach Llc/Square Two Financial,    Attention: Bankruptcy,
              4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
22470565    +EDI: CAPITALONE.COM Feb 26 2014 22:18:00      Cap One,    Po Box 30253,
              Salt Lake City, UT 84130-0253
22470566    +EDI: CAPITALONE.COM Feb 26 2014 22:18:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
22470568    +EDI: CHASE.COM Feb 26 2014 22:18:00      Chase,    Attn: Bankruptcy Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
22470570    +EDI: CHRYSLER.COM Feb 26 2014 22:18:00      Chrysler Financial/TD Auto Finance,
              Attn: Bankruptcy Dept,    Po Box 551080,    Jacksonville, FL 32255-1080
22470571    +EDI: WFNNB.COM Feb 26 2014 22:18:00      Comenity Bank/gndrmtmc,    Po Box 182789,
              Columbus, OH 43218-2789
22470573    +E-mail/Text: lossprevention2@extracreditunion.org Feb 26 2014 22:26:03     Extra Credit Union,
              6611 Chicago Rd,    Warren, MI 48092-1685
22470575    +EDI: ICSYSTEM.COM Feb 26 2014 22:18:00      IC System,    Attn: Bankruptcy,
              444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
22470577     E-mail/Text: camanagement@mandtbank.com Feb 26 2014 22:25:49      M & T Bank,    Attn: Bankruptcy,
              1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
22470580    +E-mail/Text: lossprevention2@extracreditunion.org Feb 26 2014 22:26:03     Metro Credit Union,
              6611 Chicago Rd,    Warren, MI 48092-1685
22470581    +E-mail/Text: collections@msgcu.org Feb 26 2014 22:26:34      Mi Schools And Govt Cu,
              40400 Garfield Roa,    Clinton Townsh, MI 48038-4004
22470582    +EDI: MID8.COM Feb 26 2014 22:18:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
22470587    +EDI: RMSC.COM Feb 26 2014 22:18:00      Sams Club / GEMB,    Attention: Bankruptcy Department,
              Po Box 103104,    Roswell, GA 30076-9104
22470588    +EDI: AFNIVZWIRE.COM Feb 26 2014 22:18:00      Verizon,    Verizon Wireless Bankruptcy Administrati,
              Po Box 3397,    Bloomington, IL 61702-3397
22470589    +E-mail/Text: BKRMailOps@weltman.com Feb 26 2014 22:26:12      Weltman, Weinberg & Reis Co. L.P.A.,
              2155 Butterfield Dr. Suite 200,    Troy, MI 48084-3463
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2014 at the address(es) listed below:
              Basil  T. Simon    bsimon@ecf.epiqsystems.com,    trusteesimon@sszpc.com;lbauer@sszpc.com
              Charles L. McKelvie    on behalf of Creditor    TD Auto Finance LLC bkattys@mckelviedeluca.com
              Joseph Henry McKoan, IV    on behalf of Debtor Matthew L Braun jmckoan@mckoanlaw.com,
               jmckoan@gmail.com
              Melissa S. Byrd     on behalf of Creditor    JPMorgan Chase Bank National Association
               Easternecf@trottlaw.com
                                                                                           TOTAL: 4
```