# United States BankruptcyCourt
## Eastern District of Michigan

In re    Matthew L Braun
Debtor(s)

Case No.    13-60220
Chapter    7

## ORDER

The motion of the above-named debtor(s), Matthew  L Braun  , by way of his Attorney, to Re-Open and Re-Instate the Bankruptcy Case is sustained for the purposes of Filing the Official Form *B23* and Certificate of Completion of Financial Management Course and to simultaneously allow for the Order of Discharge of Debtor to enter.

It is hereby ORDERED and DECREED that the Debtor's Motion is Granted.

```
Signed on February 25, 2014
          /s/ Walter Shapero
```

Walter
Shapero
United States Bankruptcy
Judge

In re:                                                          Case No. 13-60220-wsd
Matthew L Braun                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2        User: jejac          Page 1 of 2          Date Rcvd: Feb 26, 2014
                           Form ID: pdf02        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2014.
```
db      +Matthew L Braun,    10413 Dixie Hwy.,    Fair Haven, MI 48023-1758
cr      +TD Auto Finance LLC,    McKelvie DeLuca P.C.,    280 West Maple,    Suite 300,
         Birmingham, MI 48009-3344
22470560 ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
         (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
22470561 +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
         Simi Valley, CA 93062-5170
22470562 +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
22470563 +++CAC FINANCIAL CORP.,    2601 NW EXPRESSWAY STE 1000E,    OKLAHOMA CITY OK  73112-7236
         (address filed with court: CAC Financial Corp.,    2601 NW Expressway,    Suite 1000 East,
         Oklahoma City, OK 73112-7234)
22470565 +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
22470566 +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
22470567 +Cbsmipthuron,    527 Fort St,    Port Huron, MI 48060-3926
22470568 +Chase,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
22470569 +Chase,    Po Box 24696,    Columbus, OH 43224-0696
22470570 +Chrysler Financial/TD Auto Finance,    Attn: Bankruptcy Dept,    Po Box 551080,
         Jacksonville, FL 32255-1080
22470571 +Comenity Bank/gndrmtmc,    Po Box 182789,    Columbus, OH 43218-2789
22470572 +Cr Srvs Of Michigan,    1982 Hemmeter Rd,    Saginaw, MI 48638-4637
22470574 ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
         (address filed with court: Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)
22470576 +Lozen, Kover, Lozen PC,    511 Fort St.  Suite 402,    Port Huron, MI 48060-3934
22470578 +Matthew D. Braun,    10413 Dixie Hwy.,    Fair Haven, MI 48023-1758
22470579  McLaren Macomb,    P.O. Box 674351,    Detroit, MI 48267-4351
22470583 +Onyx Accep,    27051 Towne Centre Dr,    Foothill Ranch, CA 92610-2804
22470584  Physician Healthcare Network,    P.O. Box 610228,    Port Huron, MI 48061-0228
22470585 +Receivable Management Services,    4836 Brecksville Road,    P.O. Box 509,
         Richfield, OH 44286-0509
22470586 +Roosen, Varchetti & Oliver PLLC,    P.O. Box 2305,    Mount Clemens, MI 48046-2305
22470588 +Verizon,    Verizon Wireless Bankruptcy Administrati,    Po Box 3397,    Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22470564     +E-mail/Text: ebn@squaretwofinancial.com Feb 26 2014 22:26:35      Cach Llc/Square Two Financial,
              Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,    Denver, CO 80237-3408
22470573     +E-mail/Text: lossprevention2@extracreditunion.org Feb 26 2014 22:26:03      Extra Credit Union,
              6611 Chicago Rd,    Warren, MI 48092-1685
22470575     +E-mail/Text: Bankruptcy@icsystem.com Feb 26 2014 22:26:10      IC System,    Attn: Bankruptcy,
              444 Highway 96 East:  Po Box 64378,    St. Paul, MN 55164-0378
22470577      E-mail/Text: camanagement@mandtbank.com Feb 26 2014 22:25:49      M & T Bank,    Attn: Bankruptcy,
              1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
22470580     +E-mail/Text: lossprevention2@extracreditunion.org Feb 26 2014 22:26:03      Metro Credit Union,
              6611 Chicago Rd,    Warren, MI 48092-1685
22470581     +E-mail/Text: collections@msgcu.org Feb 26 2014 22:26:35      Mi Schools And Govt Cu,
              40400 Garfield Roa,    Clinton Townsh, MI 48038-4004
22470582     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 26 2014 22:26:04      Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
22470587     +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2014 22:42:44      Sams Club / GEMB,
              Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
22470589     +E-mail/Text: BKRMailOps@weltman.com Feb 26 2014 22:26:14      Weltman, Weinberg & Reis Co. L.P.A.,
              2155 Butterfield Dr.  Suite 200,    Troy, MI 48084-3463
                                                                                                  TOTAL: 9
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMorgan Chase Bank National Association
                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2014 at the address(es) listed below:
              Basil  T. Simon    bsimon@ecf.epiqsystems.com,  trusteesimon@sszpc.com;lbauer@sszpc.com
              Charles L. McKelvie    on behalf of Creditor   TD Auto Finance LLC bkattys@mckelviedeluca.com
              Joseph Henry McKoan, IV   on behalf of Debtor Matthew L Braun jmckoan@mckoanlaw.com,
              jmckoan@gmail.com
              Melissa S. Byrd   on behalf of Creditor   JPMorgan Chase Bank National Association
              Easternecf@trottlaw.com
                                                                          TOTAL: 4
```